IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DE ANTOINE WARREN, individually and as representative of the class,  )<br><br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MEIJER, INC.,  )<br>)<br>Defendant.  ) | Case No: 16-cv-5589<br><br>(Jury trial requested) |

## DECLARATION OF MINESH PATEL

I, Minesh Patel, pursuant to 28 U.S.C. §1746 declares as follows:

1. I am currently employed as a Store Director with Meijer, Inc. ("Meijer") at the Meijer store in Rolling Meadows, Illinois. I was hired by Meijer on September 2, 2014, was assigned to the Rolling Meadows store as a Store Director In Training on February 8, 2015 and was promoted to Store Director on November 8, 2015. In my capacity as Store Director In Training and as Store Director, I was responsible for the entire operation of the store including personnel, training, safety, compliance, sales profitability.

2. Meijer is a retailer of groceries and general merchandise in the Great Lakes area. It has over 200 supercenters that range in size from 150,000 to 225,000 square feet. The Rolling Meadows store is one of the larger stores at 212,000 square feet. Each store employs 250 to 350 employees, who are referred to as team members, and is open 24 hours a day.

3. All hourly employees at the Rolling Meadows store are employed in bargaining unit positions and have been since the store opened. As supervisory employees, the Team Leaders, Line Leaders, and Store Directors, and those in training for those positions, are not covered by a collective bargaining agreement.

205031001.1 40928/198729

4. The Store Director is the highest ranking person in each store. The Line Leader at a Meijer store reports directly to that store's Store Director. At the Meijer stores, Line Leaders report directly to the Store Director and oversee Team Leaders who directly supervise the hourly staff. Team Leaders are assigned to a specific department or function and Line Leaders are assigned to a broader area. There are usually four Line Leaders per store (supermarket, general merchandise, service and overnight).

5. Line Leaders function as the Store Director in Charge in the place of that store's Store Director when the Store Director is absent or not at work.

6. De Antoine Warren ("Warren") was hired by Meijer as a Line Leader in Training, a managerial, non-bargaining unit position at Meijer's stores. He was assigned to work at the Meijer store located in Rolling Meadows, Illinois as a Service Line Leader.

7. I am familiar with the duties and responsibilities associated with the Line Leader position at the Meijer store in Rolling Meadows, Illinois where Warren worked. I am also familiar with the duties and responsibilities that were performed by Warren at the Meijer store during the last 7 months of his employment with Meijer – until his termination on August 11, 2015 because I directly supervised him.

8. A Line Leader, even while in training, is responsible for managing a significant area of the Meijer store, depending upon the department to which he is assigned. Warren was a Service Line Leader overseeing the Service department at the Meijer store in Rolling Meadows, comprised of approximately sixty four (64) employers, including cashiers, utility workers, greeters, service coordinators, and Customer Service Team Leaders (who are first level supervisors), among others. Warren was also responsible for the operations and performance of

2

the Service department, as well as collaborating with the Store Director, the other Line Leaders, and Team Leaders in other departments, as needed.

9. On at least two occasions, lasting a few months each, in addition to his work as a Line Leader, Warren filled in for Customer Service Team Leaders at other stores when they were out for long term leaves of absence.

10. During the period of his employment by the Meijer store, until his termination on August 11, 2015, Warren performed the following managerial activities which reflect the managerial authority of the Line Leader position:

    A. On numerous occasions Warren was frequently the final interviewer and decision-maker when making hiring decisions. Specifically, Warren was responsible for hiring several employees at the Meijer store, including at least (5) utility clerks, several cashiers, and general store employees as part of mass hiring events for the Rolling Meadows store. Warren also made final hiring recommendations regarding hundreds of candidates at a mass hiring event prior to the opening of the Machesny Park Meijer store;

    B. Warren terminated the employment of numerous employees at the Meijer store, including multiple cashiers based upon job performance issues;

    C. Warren completed employee performance reviews and issued disciplinary reports to the employees who worked in his department at the Meijer store;

    D. Warren determined schedules of many Meijer employees, made changes to the schedule and arranged for other employees to cover missed shifts;

    E. Warren investigated employee complaints and determined resolutions to those complaints;

3

F. Warren investigated and resolved customer complaints, including having the authority to settle or otherwise resolve those customer complaints;

G. Warren trained several employees including cashiers.

\* \* \*

*[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]*

205031001.1 40928/198729

## CERTIFICATION BY VERIFICATION

I certify under penalty of perjury that the foregoing statements represent my best and most accurate knowledge, information, and belief concerning the matters described herein and are made pursuant to the provisions of 28 U.S.C. §1746.

Executed at Rolling Meadows, Illinois, on this 26th day of September, 2016.

_____
Minesh Patel
Store Director

Paul E. Starkman (ARDC #6188548)
Pamela J. Leichtling (ARDC #6183213)
Clark Hill PLC
150 North Michigan Avenue
Suite 2700
Chicago, IL 60601
Phone: 312-985-5900
Emails: pstarkman@clarkhill.com
pleichtling@clarkhill.com

Cathrine Wenger (Michigan I.D.: P38761)
Meijer Great Lakes Limited Partnership
2929 Walker
Grand Rapids, MI 49544
Phone: 313-319-9962
Email: cathrine.wenger@meijer.com