UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

De Antoine Warren
                        Plaintiff,

v.                                                   Case No.: 1:16–cv–05589
                                                          Honorable Elaine E. Bucklo

Meijer, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 28, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's Motion to dismiss [23] and Defendant's Motion to compel arbitration and to dismiss or stay this proceeding [26] are denied without prejudice to reconsideration after Supreme Court rules in Epic Systems Corporation v. Lewis. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.